UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDA ECKERT BALLARD**,

    Plaintiff,

v.                                                                Civ. No. 10-886 JCH/WDS

**THE GEO GROUP, INC.;**
**MIKE MARTIN, Warden the GEO Group, Inc., Northeast**
**New Mexico Detention Facility, personal and professional capacity;**
**LIEUTENANT GRAYSON, Lieutenant: the GEO Group, Inc., Northeast**
**New Mexico Detention Facility, personal and professional capacity;**
**DEBORA VEGA-COWAN, employee the GEO Group, Inc., Northeast**
**New Mexico Detention Facility, personal and professional capacity**,

    Defendants.

## ORDER PERMITTING SERVICE BY E-MAIL

**THIS MATTER** comes before me on pro se Plaintiff Linda Eckert Ballard's *Motion to Waive Pacer Fees*, filed December 27, 2010 [Doc. 11]. Ballard requests that the Court waive Pacer fees so that she can "monitor this instant case regularly" because, "if she were to miss receipt of any correspondence [via U.S. Mail], it could cause her to miss a response or answer . . . [or to] make appropriate response or answer in a timely manner." Doc. 11 at 1. Ballard has supplied her e-mail address to the Court.

While the Court will not waive Pacer fees, it will permit Ballard to receive all documents and orders filed in *this* case via e-mail so that there is no lag-time between the filing of the documents and their service upon Ballard. From this point forward, Ballard will receive a notice of electronic filing ("NEF") from the Court whenever anything is filed in this case. When she receives that e-mail, Ballard may click on the link to the document that has been filed, and *at that time* she has a *single* opportunity to view the document, print it, and/or download and save it to her computer. Ballard will need to have Adobe Acrobat's free Acrobat Reader software installed on her computer

to read and print the .pdf document that is filed.

This Order shall not be construed to permit Ballard to electronically file her documents. She shall continue to mail her documents to the Court for scanning and filing.

**IT IS ORDERED** that Ballard's motion to waive Pacer fees [Doc. 11] is DENIED;

**IT IS FURTHER ORDERED** that the Clerk's office shall electronically serve all documents filed in this case by e-mail to Ballard's e-mail address at lindaballard61@hotmail.com, instead of serving them by mail, and that the Clerk's office shall also e-mail a .pdf copy of the docket sheet to Ballard so that she is aware of what has been filed in the record to this point.

**IT IS FURTHER ORDERED** that the Defendants shall serve Ballard by e-mailing their filings to her the day they are electronically filed, as permitted under FED. R. CIV. P. 5(b)(2)(E), instead of mailing them via regular mail.

_____
UNITED STATES MAGISTRATE JUDGE