IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDA ECKERT BALLARD,**

    **Plaintiff,**

**v.**                                           CIV 10-886   JCH/WDS

**THE GEO GROUP, et al.,**

    **Defendants.**

## ORDER SETTING STATUS CONFERENCE

This matter comes before the Court *sua sponte*. A telephonic status conference will be held on **THURSDAY, MARCH 8, 2012, AT 8:30 A.M.** The conference will take place before the Honorable W. Daniel Schneider, and the parties are directed to call in to chambers: 505-348-2370. Only counsel and pro se parties are required to appear.

    **IT IS SO ORDERED**.

                                                 W. DANIEL SCHNEIDER
                                                 UNITED STATES MAGISTRATE JUDGE