UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDA ECKERT BALLARD,**

**Plaintiff,**

vs.                                                          Civil No. 10-cv-00886-JCH-WDS

**THE GEO GROUP, INC.;**
**MIKE MARTIN,** Warden the GEO Group, Inc., Northeast
New Mexico Detention Facility, personal and professional capacity;
**LIEUTENANT GRAYSON,** Lieutenant: the GEO Group, Inc., Northeast
New Mexico Detention Facility, personal and professional capacity;
**DEBORA VEGA-COWAN,** employee the GEO Group, Inc., Northeastno
New Mexico Detention Facility, personal and professional capacity,

**Defendants.**

### ORDER DENYING PLAINTIFF'S MOTION TO SEAL CASE

**THIS MATTER** comes before the Court on Plaintiff's Motion to Seal Case from Public Records. [Doc. 33] Having considered the submissions, the applicable law, and being otherwise fully advised, this Court finds that Plaintiff has not shown good cause for sealing the record of this case, and Plaintiff's motion is not well taken and is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Seal Case from Public Records [Doc. 33] is DENIED.

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**