IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDA ECKERT-BALLARD,**

**Plaintiff,**

**v.**                                                      No. 10-CV-00886 JCH/WDS

**THE GEO GROUP, INC., et al.**

**Defendants.**

### AMENDED SCHEDULING ORDER

This matter is before the Court on Defendants' Joint Motion to Extend Certain Pre-Trial Deadlines (Document 90). As a result of the status conference held July 1, 2012, good cause having been found, the termination date for discovery is **November 13, 2012** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The supplemental discovery information to be provided on behalf of Defendant Vega-Cowan shall be produced within 21 days of the date of this order.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **November 21, 2012.** See D.N.M.LR-Civ 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at

trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **August 10, 2012.** Defendants reserve the right to object to Plaintiff's expert report, if any, as untimely. Defendants shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. O.26(a)(2)(B) no later than **November 2, 2012.**

Dispositive motion shall be filed with the Court and served on opposing party by **January 22, 2013**. See D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Dispositive motions filed after the above date shall, in the discretion of the Court, be considered untimely. If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Wherefore, Defendants' Joint Motion to Extend Certain Pre-Trial Deadlines (Document 90) is GRANTED.

IT IS SO ORDERED.

_____
**W. DANIEL SCHNEIDER
United States Magistrate Judge**